August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for TANYA SIMMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 17-0217 HSG (DMR) |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT ON THIRD AMENDED PETITION FORM 12 (AS MODIFIED)** |
| vs. | |
| TANYA SIMMS, | |
| Defendant. | |

Defendant Tanya Simms is currently scheduled to appear before this Court on February 23, 2023 for Arraignment on Third Amended Petition Form 12. *See* Dkt. 100. Because Ms. Simms is currently in residential drug treatment, and after consultation with United States Probation Officer Malik Ricard, the parties agree this appearance should be continued to March 16, 2023 at 10:30 a.m.

IT IS SO STIPULATED.

Dated: February 22, 2023

/s/
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for Tanya Simms

/s/
Cynthia Johnson
Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Arraignment is continued to March 16, 2023 at 10:30 a.m. before Magistrate Judge Kandis A. Westmore.

Dated: February 22, 2023



_____
Hon. Donna M. Ryu
United States Magistrate Court